# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD L. COLLINS,<br><br>Plaintiff,<br><br>vs.<br><br>ENVER SOLAR INC., SMART SOLAR MARKETING, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants | CASE NO.: 8:19-cv-00146-JLS<br><br>**JUDGMENT** |

JUDGMENT is hereby entered in favor of the plaintiff, Harold L. Collins, and against the Defendants Enver Solar Inc. and Smart Solar Marketing, jointly and severally, in the amount of thirty-eight thousand dollars ($38,000), plus costs.

Dated: June 21, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE